**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Nathaniel Shay KNEEDLER,
Defendant—Appellant.**

**No. 05–30179.**

United States Court of Appeals,
Ninth Circuit.

Submitted Feb. 13, 2006.*

Decided Feb. 16, 2006.

James P. Hagarty, Esq., USYA—Office of The U.S. Attorney, Yakima, WA, for Plaintiff–Appellee.

Gregory L. Scott, Esq., Attorney at Law, Yakima, WA, for Defendant–Appellant.

Before: FERNANDEZ, RYMER, and BYBEE, Circuit Judges.

MEMORANDUM **

Nathaniel Shay Kneedler appeals from the guilty-plea conviction and sentence imposed for distribution of a controlled substance, in violation of 21 U.S.C. §§ 841(a)(1) and 18 U.S.C. § 2. Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), counsel for Kneedler has filed a brief stating that he finds no grounds for relief, along with a

motion to withdraw as counsel of record. Kneedler has not filed a pro se supplemental brief.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 83, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no grounds for relief on direct appeal.

Accordingly, counsel's motion to withdraw is **GRANTED** and the district court's judgment is **AFFIRMED**.

---

** This disposition is not appropriate for publication and may not be cited to or by the